Opinion adopted by the Supreme Court.

## POWERS v. STATE.
### No. 22791.

Court of Criminal Appeals of Texas.
March 8, 1944.

Rehearing Denied April 26, 1944.

T. F. Green, Jr., of Conroe, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Upon his plea of guilty to the offense of passing a forged instrument, appellant was assessed a punishment of two years in the penitentiary.

No statement of facts or bills of exception accompany the record.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.